# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JACQUELINE DEAR,

       Plaintiff,

    v.

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

       Defendant.

Case No. CV 17-3269 MRW

JUDGMENT

It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration on an open record for further proceedings consistent with the Court's Order.

Date: July 27, 2018

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE